IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )        8:15CR205
                               )
     v.                        )
                               )
SHYLA MARTINEZ,                )          ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on the motion for leave to withdraw as counsel of record (Filing No. 10). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Ashley Trankle is deemed withdrawn as counsel for defendant. The clerk of court shall remove her name from CM/ECF.

DATED this 6th day of August, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court